Eusebius James Biggs, Individually et al., Appellant,
v. City of Chicago et al., Appellees.

Gen. No. 44,878.

Eusebius J. Biggs, *pro se;* Benjamin S. Adamowski, Corporation Counsel, for appellees; L. Louis Karton, Head of Appeals and Review Division, and Sydney R. Drebin, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed November 16, 1949; rehearing denied November 30, 1949; released for publication December 14, 1949.

Joe R. Willens, Appellee, v. Joe Rio, Appellant.
Gen. No. 44,804.

T. F. Sullivan, for